IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Dain M. Cook,<br><br>    *Plaintiff,*<br><br>v.<br><br>Truist Investment Services, Inc.,<br><br>    *Defendant.* | Case No. 21-cv-50189<br><br>Magistrate Judge Lisa A. Jensen |

**ORDER**

REPORT AND RECOMMENDATION: Telephonic status conference held on 7/15/2021. Plaintiff Dain M. Cook did not appear for today's hearing. This is the third time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 5/20/2021, Plaintiff failed to appear at a telephonic status conference. The Court set the matter over to 7/6/21 and ordered Plaintiff to appear telephonically. The Court's order was mailed to Plaintiff at his address on the docket. Plaintiff then failed to appear for the telephonic status conference on 7/6/2021. This Court set the matter over for a telephonic hearing on 7/15/2021, ordered Plaintiff to appear telephonically and warned Plaintiff that his failure to appear may result in a report and recommendation that this case be dismissed for want of prosecution. The Court's order was mailed to Plaintiff at his address on the docket. Nevertheless, Plaintiff failed to appear on 7/15/2021 and has not notified the Court or defense counsel of any reason why he was unable to appear. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 7/29/2021. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Dain M. Cook. Signed by the Honorable Lisa A. Jensen on 7/15/2021.

Date: 7/15/2021                  By:    *Lisa A. J.*
                                                                  Lisa A. Jensen
                                                                   United States Magistrate Judge