**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Dain M. Cook, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 CR 50189 |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| Truist Investment Services, Inc., | ) | |
| Defendant. | ) | |

## ORDER

On 7/15/2021 Magistrate Judge Jensen entered a Report and Recommendation that this case be dismissed for want of prosecution. Dkt. 17. The basis for the recommendation was the plaintiff's repeated failures to appear, specifically failing to participate in telephonic status hearings held on 5/20/2021, 7/6/2021, and 7/16/2021. In the order setting the 7/16/2021 status hearing, Judge Jensen warned the plaintiff that failing to appear could result in a recommendation that his case be dismissed. Dkt. 16. In addition to his failure to participate in status hearings, the plaintiff has not objected to the Report and Recommendation. According to the docket, the Report and Recommendation was mailed to the plaintiff the day it issued, and it was not returned as undeliverable. Given the plaintiff's repeated failures to participate in status hearings in this case, Judge Jensen's warning that his case may be dismissed, and the lack of any objection to the Report and Recommendation, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), the Court adopts the Report and Recommendation [17]. This case is dismissed for failure to prosecute. *See Federal Election Commission v. Al Salvi for Senate Committee*, 205 F.3d 1015, 1018 (7th Cir. 2000) ("the authority of a court to dismiss cases sua sponte for lack of prosecution has long been considered an 'inherent power'"). The motion to dismiss [10] is stricken as moot. Civil case terminated.

Date:   September 1, 2021          By:   _____

Iain D. Johnston
United States District Judge